# UNITED STATES DISTRICT COURT
for the
District of New Mexico

Debbie QUINTANA
Clerk 1
8/21/2020

GEORGE VIGIL )
)
)
)
_____ )
Plaintiff(s) )
v. ) Civil Action No. 1:20-cv-00740-KG-JFR
)
JOSEPH AQUINO and )
RIO ARRIBA SHERIFF'S OFFICE )
)
)
)
_____ )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rio Arriba County Sheriff's Office
c/o Linda J. Padilla, Rio Arriba County Clerk
1122 Industrial Park Road
Espanola, NM 87532

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Richard A. Sandoval
Sandoval Firm
1442-D S. St. Francis Drive
Santa Fe, NM 87505
(505) 795-7790

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Monday, August 17, 2020

Denisse Rincon
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-00740-KG-JFR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Eddie Rivera__

was received by me on *(date)* __August 21-2020__

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* __Debbie Quintana Clerk 1__, who is designated by law to accept service of process on behalf of *(name of organization)* __Rio Arriba County Clerk__ __August 21 2020__ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
56 00 Service
13 00 Printing of Summons
48 00 Mileage
9 87 Tax

My fees are $ _____ for travel and $ __126 87__ for services, for a total of $ __126 87__ / 0.00.

I declare under penalty of perjury that this information is true.

Date: __8-21-2020__

Server's signature: __ERR__

Printed name and title: __Eddie R Rivera__

Server's address: __P.O. Box 4356 SF, NM 87502__

Additional information regarding attempted service, etc:

Subscribed and sworn to before me this 31st day of August, 2020.

__Jacqueline Joseph Quien__
Notary Public

4/8/2021
Expiration Date