# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| GEORGE VIGIL <br><br> *Plaintiff(s)* <br><br> v. <br><br> JOSEPH AQUINO and <br> RIO ARRIBA SHERIFF'S OFFICE <br><br> *Defendant(s)* | ) SERGEANT Robert Vigil <br> ) 8/26/2020 <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:20-cv-00740-KG-JFR <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rio Arriba County Sheriff's Office
c/o James D. Lujan, Rio Arriba County Sheriff
1122 Industrial Park Road
Espanola, NM 87532

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard A. Sandoval
Sandoval Firm
1442-D S. St. Francis Drive
Santa Fe, NM 87505
(505) 795-7790

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Monday, August 17, 2020

Denisse Rincon
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-00740-KG-JFR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Eddie Rivera

was received by me on *(date)* August 21, 2020

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Sergeant Robert Vigil, who is designated by law to accept service of process on behalf of *(name of organization)* Rio Arriba County Sheriff's Office on *(date)* August 26 2020

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

```
56  00  Service
13  00  Printing Summons
48  00  Mileage
 9  87  Tax
126.87
```

My fees are $ _____ for travel and $ 9.87 Tax for services, for a total of $ 0.00
126.87                                                                    126.87

I declare under penalty of perjury that this information is true.

Date: ~~56.00~~ Service
8-26-2020

Server's signature: ER

Eddie Rivera
*Printed name and title*

P.O. Box 4356 SF, NM 87502
*Server's address*

Additional information regarding attempted service, etc:

Subscribed and sworn to before me this 31st day of August, 2020.

Jacqueline [signature]
Notary Public

4/8/2021
Expiration Date