**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO**

**GEORGE VIGIL,**

     **Plaintiff,**

**vs.**                         **Cause No.:  20-CV-00740 KG/JFR**

**JOSEPH AQUINO AND
RIO ARRIBA SHERIFF'S OFFICE**

     **Defendants.**

**ENTRY OF APPEARANCE
<u>AND NOTICE OF AGREED EXTENSION TO RESPOND</u>**

     **COMES NOW** Brennan & Sullivan, P.A. (Gabriela M. Delgadillo and James P. Sullivan appearing) and hereby enters their appearance on behalf of Defendant Rio Arriba Sheriff's Office in this matter.

     Also, Defendant Rio Arriba County Sheriff's Office hereby notifies the Court that Plaintiff's counsel, Mr. Richard Sandoval, has agreed to allow an extension until September 30, 2020, for Defendant Rio Arriba Sheriff's Office to file a responsive pleading to Plaintiff's Complaint.

Respectfully submitted

BRENNAN & SULLIVAN, P.A.


By:     */s/ Gabriela M. Delgadillo*
        Gabriela M. Delgadillo
        James P. Sullivan
        128 East DeVargas
        Santa Fe, New Mexico 87501
        (505) 995-8514
        james@brennsull.com
        *Attorneys for Defendant Rio Arriba Sheriff's Office*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of September 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Richard A. Sandoval, Esq.
The Law Office of Richard A. Sandoval
1442-D South St. Francis Drive
Santa Fe, NM 87505
505-795-7790
rick@sandovalfirm.com
*Attorneys for Plaintiff*


By:     */s/ Gabriela M. Delgadillo*
        Gabriela M. Delgadillo