**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

GEORGE VIGIL,

       Plaintiff,

     v.                                     No. 1:20-cv-00740-KG-JFR

JOSEPH AQUINO AND
RIO ARRIBA SHERIFF'S OFFICE,

       Defendants.

## UNOPPOSED MOTION TO WITHDRAW

**COME NOW** the Sandoval Firm (Richard A. Sandoval), attorney for Plaintiff George Vigil, and hereby request the Court to allow him to withdraw their representation of Plaintiff George Vigil.  As grounds therefor, Movants state:

1.  The attorney/client relationship has been terminated.

2.  Mr. Vigil's last known address is:  PO Box 494, Chimayo, NM 87522.  His      e-mail address is kinggeorge240@gmail.com

3.  A true and correct copy of this Motion will be sent by certified mail and regular mail to the above address.

4.  Counsel for Defendant Rio Arriba Sheriff's Office does not oppose this Motion.

WHEREFORE, for the foregoing reasons, Sandoval Firm (Richard A. Sandoval), respectfully request that this Court allow him to withdraw as attorneys of record for Plaintiff George Vigil.

1

Respectfully submitted,

SANDOVAL FIRM

*/s/ Richard A. Sandoval*
Richard A. Sandoval
1442-D South Saint Francis Dr.
Santa Fe, NM 87505
(505) 795-7790
rick@sandovalfirm.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October, a copy of the foregoing pleading was served upon all parties of record by electronic service using the Court's CM/ECF system.

*/s/ Richard A. Sandoval*
Richard A. Sandoval

2