## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

**GEORGE VIGIL,**

    Plaintiff,

vs.                               Cause No.: 20-CV-00740 KG/JFR

**JOSEPH AQUINO AND**
**RIO ARRIBA SHERIFF'S OFFICE**

    Defendants.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 5th day of November 2020, **Defendant Rio Arriba Sheriff's Office's Initial Disclosures** were emailed to Pro Se Plaintiff as listed below:

George Vigil
Post Office Box 494
Chimayo, NM  87522
(505) 369-2402
Kinggeorge240@gmail.com
*Pro Se Plaintiff*

                Respectfully submitted

                BRENNAN & SULLIVAN, P.A.

                By:    */s/ Gabriela M. Delgadillo*
                        Gabriela M. Delgadillo
                        James P. Sullivan
                        128 East DeVargas
                        Santa Fe, New Mexico 87501
                        (505) 995-8514
                        james@brennsull.com
                        gabriela@brennsull.com
                        *Attorneys for Defendant Rio Arriba Sheriff's Office*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 5th day of November 2020, I filed the foregoing electronically through the CM/ECF system, and served the same via email to the following:

George Vigil
Post Office Box 494
Chimayo, NM  87522
(505) 369-2402
Kinggeorge240@gmail.com
*Pro Se Plaintiff*

                By:    */s/ Gabriela M. Delgadillo*
                              Gabriela M. Delgadillo