## IN THE UNITED STATES DISTRICTCOURT
## FOR THE DISTRICT OF NEW MEXICO

**GEORGE VIGIL,**

      **Plaintiff *Pro Se*,**

      **vs.**                                    **Civ. No. 20-740  KG/JFR**

**JOSEPH AQUINO and**
**RIO ARRIBA SHERIFF'S OFFICE,**

      **Defendant.**

### NOTICE OF APPEARANCE

COMES NOW, Timothy L. White of Valdez and White Law Firm, LLC, enters his appearance as Counsel on behalf of Plaintiff George Vigil.  Timothy L. White requests that all correspondence and pleadings related to this case be directed to him at the email or mailing address below.

      Respectfully submitted,

      VALDEZ AND WHITE LAW FIRM, LLC

      By:*/s/Timothy L. White*
      Timothy L. White
      124 Wellesley Dr SE
      Albuquerque, NM 87106
      Tel:  (505) 345-0289
      Fax: (505) 345-2573
      tim@valdezwhite.com
      *Counsel for Plaintiff*