IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**GEORGE VIGIL,**

      **Plaintiff,**

      **vs.**                                                                               Civ. No. 20-740  KG/JFR

**JOSEPH AQUINO and RIO ARRIBA
SHERIFF'S OFFICE,**

      **Defendants.**

## ORDER FINDING GOOD CAUSE TO DELAY SCHEDULING ORDER AND QUASHING ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on Plaintiff's Response to Order to Show Cause and Unopposed Motion to Continue Rule 16 Scheduling Conference of November 12, 2020.  Doc. 20.  Plaintiff's former counsel recently withdrew from this case (Doc. 14), and new counsel entered his appearance on November 6, 2020 (Doc. 19).  Plaintiff represents that without counsel, he was unable to complete his portion of the Joint Status Report ("JSR").  Plaintiff also seeks additional time for new counsel to complete the JSR, investigate service upon Defendant Aquino, and amend the complaint to add/substitute Rio Arriba County as the proper defendant in place of the Sheriff's Department.  *See* Doc. 20.   Defendant Rio Arriba Sheriff's Office is not opposed to the continuance of the Scheduling Conference.

Upon review of Plaintiff's Response, the Court finds good cause to delay the Rule 16 Scheduling Conference, and therefore VACATES the hearing set on November 12, 2020.  The Court resets that telephonic hearing for December 28, 2020, at 2:30 p.m.  Five minutes prior to the start of the Conference, the parties shall call the AT&T Conference line at 888-363-4735,

Access Code 2387395, to connect to the proceedings.  The parties shall file an amended JSR to the Court by December 17, 2020.

**IT IS SO ORDERED.**

_____
**JOHN F. ROBBENHAAR**
**United States Magistrate Judge**